LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L OLSEN
Chief of Civil Litigation Division

LESLIE M. HAYES, ISB #7995
Deputy Attorney General
Civil Litigation Division
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
leslie.hayes@ag.idaho.gov

Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JOHN DOE, | ) Case No. 1:20-cv-00452 |
| Plaintiff, | ) |
| vs. | ) **DEFENDANTS' NON-OPPOSITION TO** |
| | ) **PLAINTIFF'S MOTION TO PROCEED** |
| | ) **UNDER PSEUDONYM [DKT. 3]** |
| LAWRENCE WASDEN, Attorney General of the State of Idaho; KED WILLIS, Colonel of the Idaho State Police Bureau of Criminal Investigation; LELIA MCNEIL, Bureau Chief of the Idaho State Police Bureau of Criminal Investigation and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, all of the above in their official capacities, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM – page 1

Defendants Lawrence Wasden, Colonel Ked Willis[1] [sic], Lelia McNeil[2] [sic], and Members of the Idaho Code Commission, by and through their counsel of record, Leslie M. Hayes, Deputy Attorney General, and pursuant to Dist. Idaho Loc. Civ. R. 7.1(a)(5), hereby provide notice of their non-opposition to Plaintiff's Motion To Proceed Under Pseudonym (Dkt. 3).

DATED THIS 15th day of October, 2020.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        By: /s/ Leslie M. Hayes
        Leslie M. Hayes
        Deputy Attorney General

---

[1] The correct spelling is "Wills."
[2] The correct spelling is "McNeill."

DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM – page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2020 I filed electronically the foregoing with the Clerk of the Court using the CMF/ECF filing system that served a true and correct copy of the foregoing to the CMF/ECF participants listed below:

Richard Eppink
American Civil Liberties Union of Idaho Foundation
REppink@acluidaho.org

Debra Groberg
Nevin, Benjamin, McKay &Bartlett, LLP
dgroberg@nbmlaw.com

Matthew Strugar
Law Office of Matthew Strugar
Matthew@matthewstrugar.com

*Attorneys for Plaintiff*

By: /s/ Leslie M. Hayes
Leslie M. Hayes