LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief, Civil Litigation Division

| | |
|---|---|
| LESLIE M. HAYES, ISB #7995 | STEPHANIE C. NEMORE, ISB # 9080 |
| Deputy Attorney General | Deputy Attorney General |
| Civil Litigation Division | Idaho State Police |
| 954 W. Jefferson Street, 2nd Floor | 700 South Stratford Drive |
| P.O. Box 83720 | Meridian, Idaho  83642 |
| Boise, Idaho 83720-0010 | Telephone: (208) 884-7050 |
| Telephone: (208) 334-2400 | Facsimile: (208) 884-7228 |
| Facsimile: (208) 854-8073 | stephanie.nemore@isp.idaho.gov |
| leslie.hayes@ag.idaho.gov | |

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho; KED WILLIS, Colonel of the Idaho State Police Bureau of Criminal Investigation; LELIA MCNEIL, Bureau Chief of the Idaho State Police Bureau of Criminal Investigation and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, all of the above in their official capacities,<br><br>Defendants. | Case No. 1:20-cv-00452<br><br>**DEFENDANTS' MOTION TO SEAL** |

Defendants Lawrence Wasden, Colonel Ked Willis[1], Lelia McNeil[2], and Members of the Idaho Code Commission, by and through their counsel of record, Deputy Attorney General Leslie M. Hayes, respectfully request that the *Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction [Dkt. 4], the Declaration of Leila McNeill, the Declaration of Carol Redding and underlying exhibits* filed herewith, be sealed pursuant to Dist. Idaho Loc. R. 5.55 because it discloses identifying information that the parties have agreed to file under seal to protect the identity of John Doe.

Defendants respectfully request that this Court grant their motion and enter an order sealing the documents referenced above.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Leslie M Hayes*
Leslie M. Hayes
Stephanie C. Nemore
Deputy Attorney General

---

[1] Correct spelling is "Wills."
[2] Correct spelling is "McNeill"

DEFENDANTS' DEFENDANTS' MOTION TO SEAL- 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of October, 2020, I electronically filed the foregoing with th**e** Clerk of the Court using the CM/ECF system**,** which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing**.**

Richard Eppink
American Civil Liberties Union of Idaho Foundation
REppink@acluidaho.org

Debra Groberg
Nevin, Benjamin, McKay &Bartlett, LLP
dgroberg@nbmlaw.com

Matthew Strugar
Law Office of Matthew Strugar
Matthew@matthewstrugar.com

*Attorneys for Plaintiff*

                                                /s/   *Leslie M Hayes*
                                           Leslie M. Hayes
                                           Deputy Attorney General