LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief, Civil Litigation Division

| | |
|---|---|
| LESLIE M. HAYES, ISB #7995 | STEPHANIE C. NEMORE, ISB # 9080 |
| Deputy Attorney General | Deputy Attorney General |
| Civil Litigation Division | Idaho State Police |
| 954 W. Jefferson Street, 2nd Floor | 700 South Stratford Drive |
| P.O. Box 83720 | Meridian, Idaho  83642 |
| Boise, Idaho 83720-0010 | Telephone: (208) 884-7050 |
| Telephone: (208) 334-2400 | Facsimile: (208) 884-7228 |
| Facsimile: (208) 854-8073 | stephanie.nemore@isp.idaho.gov |
| leslie.hayes@ag.idaho.gov | |

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br>v.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho; KED WILLIS, Colonel of the Idaho State Police Bureau of Criminal Investigation; LELIA MCNEIL, Bureau Chief of the Idaho State Police Bureau of Criminal Investigation and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, all of the above in their official capacities,<br><br>Defendants. | Case No. 1:20-cv-00452<br><br>**DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6)** |

Defendants Lawrence Wasden,[1] Colonel Ked Willis[2], Lelia[3] McNeil[4], and Members of the Idaho Code Commission, by and through their counsel of record, Deputy Attorney General Leslie M. Hayes, hereby submit Defendants' Motion to Dismiss. Defendants respectfully request the Court dismiss this matter pursuant to Rule 12(b)(1) and 12(b)(6), with prejudice.

                                  STATE OF IDAHO
                                  OFFICE OF THE ATTORNEY GENERAL

By:   /s/ *Leslie M Hayes*
       Leslie M. Hayes
       Deputy Attorney General

---

[1] Attorney General Wasden does not raise for purposes of this brief any arguments related to sovereign immunity; however, Attorney General Wasden is not waiving any such arguments. "A plaintiff, . . . is not free to randomly select a state official to sue in order to challenge an allegedly unconstitutional statute. Instead, the individual state official sued 'must have some connection with the enforcement of the act.'" *Idaho Building and Const. Trades Council, AFL-CIO v. Wasden,* 32 F.Supp.3d 1143, 1148 (D. Idaho 2014) (quoting *Ex parte Young*, 209 U.S. 123, 157 (1908)). Attorney General Wasden reserves the right to put forward this defense from suit in future filings, if necessary.
[2] The correct spelling is "Wills."
[3] The correct spelling is "Leila."
[4] The correct spelling is "McNeill."

DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6) - 2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 20th day of November, 2020, I electronically filed the foregoing with th**e** Clerk of the Court using the CM/ECF system**,** which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing**.**

Richard Eppink
American Civil Liberties Union of Idaho Foundation
REppink@acluidaho.org

Debra Groberg
Nevin, Benjamin, McKay &Bartlett, LLP
dgroberg@nbmlaw.com

Matthew Strugar
Law Office of Matthew Strugar
Matthew@matthewstrugar.com

*Attorneys for Plaintiff*

                                                            /s/   *Leslie M Hayes*
                                                         Leslie M. Hayes
                                                         Deputy Attorney General