UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE,<br><br>         Plaintiff,<br><br>v.<br><br>LAWRENCE WASDEN, et al,<br><br>         Defendants. | Case No. 1:20-cv-00452-BLW<br><br>**ORDER** |

Before the Court are Plaintiff's Motion to Proceed Under Pseudonym (Dkt. 3) and Motion to Seal (Dkt. 6). Defendants do not oppose the motions. Dkt. 18, 19. For the reasons that follow the Court will grant the motions.

Plaintiff is an Idaho resident who is required to register as a sex offender due to his previous conviction in another state. Plaintiff seeks to proceed under a pseudonym to protect him from retaliatory harm, which may occur if his identity is revealed. Dkt. 3-1. Based on the briefing and the record, the Court finds that the special circumstances of Plaintiff's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the Plaintiff's identify. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068–69 (9th Cir. 2000).

**ORDER - 1**

Plaintiff also seeks to permanently seal unredacted versions of his declarations in support of his motion for a preliminary injunction to protect his identity.[1] For the reasons discussed above, specifically the protection of Plaintiff's identity in this matter, the Court finds compelling reasons to seal Plaintiff's unredacted declarations. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

**IT IS ORDERED that:**

1. Plaintiff's Motion to Proceed Under Pseudonym (Dkt. 3) is **GRANTED**.

2. Plaintiff's Motion to Seal (Dkt. 6) is **GRANTED**.

DATED: December 23, 2020

B. Lynn Winmill
U.S. District Court Judge

---

[1] Defendants do not oppose Plaintiff's Motion to Seal but indicate they may cite jurisdictional statutes and caselaw from the jurisdiction of Plaintiff's original offense. Nothing in this order is to be construed to prevent Defendants from citing such statutes or caselaw.

**ORDER - 2**