Richard Eppink (Bar No. 7503)
AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION
P. O. Box 1897
Boise, ID 83701
United States
T: (208) 344-9750 ext. 1202
REppink@acluidaho.org

Debra Groberg (Bar No. 9797)
NEVIN, BENJAMIN & MCKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
T: (208) 343-1000
F: (208) 345-8274
dgroberg@nbmlaw.com

Matthew Strugar (*pro hac vice*)
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JOHN DOE and RANDALL MENGES,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho; KEDRICK WILLS, Colonel of the Idaho State Police, LEILA MCNEILL, Bureau Chief of the Idaho State Police Bureau of Criminal Investigation; and THE INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, all of the above in their official capacities,<br><br>Defendants. | Case No. 1:20-cv-452<br><br>**PLAINTIFFS' MOTION TO FILE UNDER SEAL** |

1

Plaintiffs John Doe and Randall Menges move this Court, under District of Idaho Local Rule 5.55, to seal Plaintiffs' Combined Brief in Opposition to Defendants' Renewed Motion to Dismiss and in Support of Plaintiffs' Renewed Motion for a Preliminary Injunction, as well as the Declaration of John Doe and Exhibits A & B to the Doe Declaration, because these documents disclose identifying information that the parties have agreed to file under seal to protect the identity of John Doe.

Plaintiffs respectfully request that this Court grant their motion and enter an order sealing the documents referenced above.

Date: January 19, 2021   Respectfully submitted,

/s/ Matthew Strugar
Matthew Strugar
(*pro hac vice*)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

Richard Eppink (Bar No. 7503)
AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION
P. O. Box 1897
Boise, ID 83701
T: (208) 344-9750 ext. 1202
REppink@acluidaho.org

Debra Groberg (Bar No. 9797)
NEVIN, BENJAMIN & MCKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
T: (208) 343-1000
F: (208) 345-8274
dgroberg@nbmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, I filed electronically the foregoing with the Clerk of the Court using the CMF/ECF filing system that served a true and correct copy of the foregoing to the CMF/ECF participants listed below:

    Leslie Hayes
    State of Idaho, Office of the Attorney General
    Leslie.hayes@ag.idaho.gov

    Stephanie Nemore
    State of Idaho, Office of the Attorney General
    Stephanie.nemore@isp.idaho.gov

    *Attorneys for Defendants*

                      */s/ Matthew Strugar*
                      Matthew Strugar