Richard Eppink (Bar No. 7503)
AMERICAN CIVIL LIBERTIES UNION OF
IDAHO FOUNDATION
P. O. Box 1897
Boise, ID 83701
United States
T: (208) 344-9750 ext. 1202
REppink@acluidaho.org

Debra Groberg (Bar No. 9797)
NEVIN, BENJAMIN & MCKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
T: (208) 343-1000
F: (208) 345-8274
dgroberg@nbmlaw.com

Matthew Strugar
(admitted *pro hac vice*)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
T: (323) 696-2299
matthew@matthewstrugar.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOE, et al.<br><br>               Plaintiffs,<br><br>   v.<br><br>WASDEN, et al.,<br><br>               Defendants. | Case no. 1:20-cv-00452-BLW<br><br>**JOINT STIPULATION AND MOTION TO EXTEND PRE-TRIAL DATES** |

      Plaintiffs John Doe and Randall Menges, and Defendants Lawrence Wasden, Colonel Ked Wills, Leila McNeill, and Members of the Idaho Code Commission, agree and stipulate to extend by approximately 120 days the trial and pre-trial deadlines currently set in this matter.

      Plaintiff John Doe filed the initial complaint in this action on September 23, 2020. (Dkt. 1.)

      The parties submitted a Joint Discovery Plan and Litigation Plan on November 13, 2020. (Dkt. 28.) The Court entered the currently operative Scheduling Order on November 18, 2020, adopting the dates the parties proposed in the Joint Discovery Plan and Litigation Plan. (Dkt. 29.)

1

Defendants then moved to dismiss the complaint (Dkt. 30), and Plaintiff Doe amended his complaint, adding Plaintiff Randall Menges and additional causes of action (Dkt. 39).

Defendants then renewed their motion to dismiss. (Dkt. 42.) That motion, along with Plaintiffs' motion for a preliminary injunction, is set for hearing on April 7, 2021. (Dkt. 63.)

Because Defendants' motion to dismiss is pending, the parties have not yet had a Rule 26 conference, exchanged initial disclosures, or begun discovery. As a result, the parties stipulate to extend the pre-trial deadlines and respectfully request that the Court enter the concurrently submitted proposed order extending the trial and pre-trial deadlines as follows:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Plaintiffs' Expert Disclosures | March 22, 2021 | July 19, 2021 |
| Defendants' Expert Disclosures | April 26, 2021 | August 23, 2021 |
| Plaintiff's Rebuttal Expert Disclosures | May 24. 2021 | September 20, 2021 |
| Expert Discovery Cut-Off | June 7, 2021 | October 12, 2021 |
| ADR | June 11, 2021 | October 15, 2021 |
| Fact Discovery Cut-Off | July 6, 2021 | November 8, 2021 |
| Dispositive Motions | July 30, 2021 | December 6, 2021 |

Date:  March 11, 2021

/s/ Matthew Strugar
Matthew Strugar
(*pro hac vice*)
LAW OFFICE OF MATTHEW STRUGAR
AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION
NEVIN, BENJAMIN & MCKAY LLP

Date:  March 11, 2021

          STATE OF IDAHO
          OFFICE OF THE ATTORNEY GENERAL


          /s/ Leslie M. Hayes
          Leslie M. Hayes
          Deputy Attorney General