UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOE, et al.<br>      Plaintiffs,<br><br>v.<br><br>WASDEN, et al.,<br>      Defendants. | Case No. 1:20-cv-00452-BLW<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO EXTEND PRE-TRIAL DATES** |

  The parties filed a joint stipulation and motion to extend the pre-trial dates set in this matter. Having reviewed the record and good cause appearing,

  IT IS ORDERED THAT the currently scheduled pre-trial dates are extended as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures | July 19, 2021 |
| Defendants' Expert Disclosures | August 23, 2021 |
| Plaintiff's Rebuttal Expert Disclosures | September 20, 2021 |
| Expert Discovery Cut-Off | October 12, 2021 |
| ADR | October 15, 2021 |
| Fact Discovery Cut-Off | November 8, 2021 |
| Dispositive Motions | December 6, 2021 |

DATED: March 12, 2021

B. Lynn Winmill
U.S. District Court Judge