LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L OLSEN
Chief of Civil Litigation Division

| | |
|---|---|
| LESLIE M. HAYES, ISB #7995 | STEPHANIE C. NEMORE, ISB # 9080 |
| Deputy Attorney General | Deputy Attorney General |
| Civil Litigation Division | Idaho State Police |
| 954 W. Jefferson Street, 2nd Floor | 700 South Stratford Drive |
| P.O. Box 83720 | Meridian, Idaho 83642 |
| Boise, Idaho 83720-0010 | Telephone: (208) 884-7050 |
| Telephone: (208) 334-2400 | Facsimile: (208) 884-7228 |
| Facsimile: (208) 854-8073 | stephanie.nemore@isp.idaho.gov |
| leslie.hayes@ag.idaho.gov | Attorney for Defendants |
| Attorney for Defendants | |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE and RANDALL MENGES,<br><br>    Plaintiffs,<br>vs.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho; KEDRICK WILLS, Colonel of the Idaho State Police Bureau of Criminal Investigation; LEILA MCNEILL, Bureau Chief of the Idaho State Police Bureau of Criminal Investigation and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, all of the above in their official capacities,<br><br>    Defendants. | Case No. 1:20-cv-00452<br><br>**MOTION TO SUPPLEMENT PLEADINGS WITH NEW EVIDENCE** |

/ / /

/ / /

/ / /

**MOTION TO SUPPLEMENT PLEADINGS WITH NEW EVIDENCE** - 1

Pursuant to Rule 15(d), Defendants hereby move this Court to supplement the pleadings with new and additional evidence that has been discovered after the close of briefing in this matter. This Motion is supported by the Declarations of Carol Redding and Counsel in this matter.

Defendants have recently learned that Plaintiff Randall Menges is no longer an Idaho resident and is no longer active on the Idaho sexual offender registry. *See Declaration of Carol Redding* ("Redding Decl."), ¶9. As previously noted, Menges registered in Idaho on December 8, 2020. Since that time, it has been determined that Menges has registered as a sex offender in Oregon on February 19, 2021, and subsequently took up residence in Butte, Montana on March 12, 2021, where he also registered as a sex offender. *Redding Decl.*, ¶5.

When the Idaho Central Sex Offender Registry ("SOR") received notice on March 31, 2021, that Menges registered as a sex offender in Montana, the process began to determine whether he was appropriately registered in Idaho pursuant Idaho Code § 18-8307(4)(a). Ms. Redding went to the National Sex Offender Registry to determine if Menges was registered in another State. *Redding Decl.*, ¶4. That search demonstrated that Menges was registered in two other states: Oregon on February 19, 2021, and Montana on March 12, 2021. *Redding Decl.*, ¶5.

Menges did not notify the Idaho Sex Offender Registry of his registration in another jurisdiction. It is unknown how long Menges resided in Idaho after his arrival on December 8, 2020.

This new factual development raises serious questions of mootness and standing. Defendants are willing to provide supplemental briefing after the hearing regarding the impact of these newly and recently discovered facts. Defendants are also prepared to have Carrol Redding, SOR Supervisor, and Leila McNeill, Bureau Chief, Bureau of Criminal Identification, available to testify at the preliminary injunction hearing if the Court has questions related to this process or

**MOTION TO SUPPLEMENT PLEADINGS WITH NEW EVIDENCE** - 2

their underlying declarations as to how the substantial equivalency determination was made for Plaintiff John Doe.

Dated this 6th day of April, 2021.

                                        STATE OF IDAHO
                                        OFFICE OF THE ATTORNEY GENERAL

By:  /s/  *Leslie M Hayes*
       Leslie M. Hayes
       Deputy Attorney General

**MOTION TO SUPPLEMENT PLEADINGS WITH NEW EVIDENCE - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Richard Eppink
American Civil Liberties Union of Idaho Foundation
REppink@acluidaho.org

Debra Groberg
Nevin, Benjamin, McKay &Bartlett, LLP
dgroberg@nbmlaw.com

Matthew Strugar
Law Office of Matthew Strugar
Matthew@matthewstrugar.com

*Attorneys for Plaintiff*

                                                  /s/   *Leslie M Hayes*
                                               Leslie M. Hayes
                                               Deputy Attorney General