LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L OLSEN
Chief of Civil Litigation Division

LESLIE M. HAYES, ISB #7995
Deputy Attorney General
Civil Litigation Division
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
leslie.hayes@ag.idaho.gov
Attorney for Defendants

STEPHANIE C. NEMORE, ISB # 9080
Deputy Attorney General
Idaho State Police
700 South Stratford Drive
Meridian, Idaho 83642
Telephone: (208) 884-7050
Facsimile: (208) 884-7228
stephanie.nemore@isp.idaho.gov
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE and RANDALL MENGES, <br><br> Plaintiffs, <br> vs. <br><br> LAWRENCE WASDEN, Attorney General of the State of Idaho; KEDRICK WILLS, Colonel of the Idaho State Police Bureau of Criminal Investigation; LEILA MCNEILL, Bureau Chief of the Idaho State Police Bureau of Criminal Investigation and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, all of the above in their official capacities, <br><br> Defendants. | Case No. 1:20-cv-00452 <br><br> **DECLARATION OF COUNSEL** |

/ / /

/ / /

/ / /

DECLARATION OF COUNSEL - 1

I, Leslie M. Hayes, declare the following:

1.    I am counsel of record for the Defendants.

2.    On Monday, March 29, 2021, the Montana Attorney General's Office provided me a copy of a *Joint Statement of Stipulated Facts* filed in case 9:20-cv-00178-DLC, in the U.S. District Court for the District of Montana.  This document is provided as Exhibit A to this declaration.

3.    In the statement of stipulated facts, Randall Menges, the plaintiff in that case, stipulates that he established residency in Butte, Montana in March 2021.  He further stipulates the he currently resides in Butte.

4.    Upon discovering that Randall Menges is not an Idaho resident, I contacted the Sex Offender Registry with this information.

5.    I was further advised that Randall Menges has also registered in the State of Oregon as of February 19, 2021.

6.    At no time did Plaintiffs' counsel contact me to disclose this change in circumstances.

Pursuant to Idaho Code § 9-1406(1), I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Dated this 6th day of April, 2021.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


By:   /s/  *Leslie M Hayes*
Leslie M. Hayes
Deputy Attorney General


DECLARATION OF COUNSEL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Richard Eppink
American Civil Liberties Union of Idaho Foundation
REppink@acluidaho.org

Debra Groberg
Nevin, Benjamin, McKay &Bartlett, LLP
dgroberg@nbmlaw.com

Matthew Strugar
Law Office of Matthew Strugar
Matthew@matthewstrugar.com

*Attorneys for Plaintiff*

                              /s/   *Leslie M Hayes*
                              Leslie M. Hayes
                              Deputy Attorney General

DECLARATION OF COUNSEL - 3