LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L OLSEN
Chief of Civil Litigation Division

| | |
|---|---|
| LESLIE M. HAYES, ISB #7995<br>Deputy Attorney General<br>Civil Litigation Division<br>954 W. Jefferson Street, 2nd Floor<br>P.O. Box 83720<br>Boise, Idaho 83720-0010<br>Telephone: (208) 334-2400<br>Facsimile: (208) 854-8073<br>leslie.hayes@ag.idaho.gov<br>Attorney for Defendants | STEPHANIE C. NEMORE, ISB # 9080<br>Deputy Attorney General<br>Idaho State Police<br>700 South Stratford Drive<br>Meridian, Idaho 83642<br>Telephone: (208) 884-7050<br>Facsimile: (208) 884-7228<br>stephanie.nemore@isp.idaho.gov<br>Attorney for Defendants |

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE and RANDALL MENGES,<br><br>  Plaintiffs,<br>vs.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho; KEDRICK WILLS, Colonel of the Idaho State Police Bureau of Criminal Investigation; LEILA MCNEILL, Bureau Chief of the Idaho State Police Bureau of Criminal Investigation and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, all of the above in their official capacities,<br><br>  Defendants. | Case No. 1:20-cv-00452<br><br>**DECLARATION OF CAROL REDDING** |

I, Carol Redding, declare the following:

    1.    I am the Criminal Records Supervisor, employed by the Idaho State Police, Bureau of Criminal Identification, Idaho Central Sex Offender Registry ("SOR").

DECLARATION OF CAROL REDDING - 1

2. My duties include being a custodian of the records for the SOR.

3. On March 29, 2021, I was informed by Deputy Attorney General Stephanie Nemore that Randall Menges may be residing in another State.

4. Upon receipt of that information, I went to the National Sex Offender Registry ("NSOR") through the National Crime Information Center ("NCIC") through the FBI. This is a resource available to law enforcement that show the nationwide database for sex offenders.

5. According to NSOR, Mr. Menges was registered in Montana as of March 15, 2021 and in Oregon on February 19, 2021.

6. Upon receipt of this information, I requested verification of Mr. Menges's Montana sex offender registration.

7. On March 31, 2021, the SOR received a copy of Mr. Menges's Montana sex offender registration. That document is attached to this declaration as Exhibit A.

8. According to the document, Mr. Menges became a Butte, Montana resident on March 12, 2021, and he registered as a sex offender in Montana on March 15, 2021.

9. Upon receiving his Montana registration on March 31, 2021, Randall Menges was removed from the Idaho sexual offender registry pursuant to Idaho Code § 18-8307(4)(a).

Pursuant to Idaho Code § 9-1406(1), I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Dated this 6th day of April, 2021.

_Carol A. Redding_
Carol Redding

DECLARATION OF CAROL REDDING - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Richard Eppink
American Civil Liberties Union of Idaho Foundation
REppink@acluidaho.org

Debra Groberg
Nevin, Benjamin, McKay &Bartlett, LLP
dgroberg@nbmlaw.com

Matthew Strugar
Law Office of Matthew Strugar
Matthew@matthewstrugar.com

*Attorneys for Plaintiff*

                /s/   *Leslie M Hayes*
                Leslie M. Hayes
                Deputy Attorney General

DECLARATION OF CAROL REDDING - 4