Declaration of Redding

**Exhibit A**

**SVOR**

# MONTANA DEPARTMENT OF JUSTICE
## SVOR Change of Information Form

| Date: 3/15/2021 | | Time: | 11:10 |
|---|---|---|---|

| Name: Menges, Randall Leroy | DOB: ▓▓▓▓ |
|---|---|

**Type of Offender:** Sexual ☐  Violent ☒  Both ☐     **Date of Residency: 3/12/2021**

**New Information**
**Name Change:**

|  | (Last) | (First) | (Middle) | |
|---|---|---|---|---|
| **New Primary Residence:** | 61 W. Center St. | Butte | Silver Bow | 59701 |
|  | (Address) | (City) | (County) | (Zip) |
| **Mailing Address:** | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
|  | (Address) | (City) | (County) | (Zip) |
| **Additional Residence:** | | | | |
|  | (Address) | (City) | (County) | (Zip) |
| **Employment:** | ▓▓▓ | ▓▓▓ | ▓▓▓ Butte | |
|  | (Company) | (Address) | (City) | |
|  | Silver Bow | | 59750 | |
|  | (County) | | (Zip) | |
| **Student:** | | | | |
|  | (School) | (Address) | (City) | |
|  | (County) | | (Zip) | |
| **Transient State:** | | | | |
|  | (Address) | (City) | (County) | (Zip) |
| **Phone Numbers:** | Home: | | Cell: ▓▓▓ | |
| **Additional Information:** | | | | |
| **Social Media/ Emails:** | | | | |

According to Montana Code 46-23-505 Notice of change of name or residence or a change in student, employment, or transient status, the offender shall within 3 business days of the change appear in person and give notification of the change to the registration agency with whom the offender last registered. MCA 46-23-507 Penalty. "A sexual or violent offender who knowingly fails to register, verify registration, or keep registration current under this part may be sentenced to a term of imprisonment of not more than 5 years or may be fined not more than $10,000 or both."

I affirm that the information provided in this change of address form is complete and accurate.

| Offender Name: (Print) | Randall Leroy Menges | Date: | 3/15/2021 |
|---|---|---|---|
| Offender Signature: | [signature] | | 3-15-21 |
| Whiteness Name: (Print) | Michael J. Bolton Jr. | Date: | 3/15/2021 |
| Witness Signature | *Michael J. Bolton Jr.* | | |