LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L OLSEN
Chief of Civil Litigation Division

LESLIE M. HAYES, ISB #7995
Deputy Attorney General
Civil Litigation Division
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
leslie.hayes@ag.idaho.gov
Attorney for Defendants

STEPHANIE C. NEMORE, ISB # 9080
Deputy Attorney General
Idaho State Police
700 South Stratford Drive
Meridian, Idaho 83642
Telephone: (208) 884-7050
Facsimile: (208) 884-7228
stephanie.nemore@isp.idaho.gov
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE and RANDALL MENGES,<br><br>　　　　Plaintiffs,<br>vs.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho; KEDRICK WILLS, Colonel of the Idaho State Police Bureau of Criminal Investigation; LEILA MCNEILL, Bureau Chief of the Idaho State Police Bureau of Criminal Investigation and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, all of the above in their official capacities,<br><br>　　　　Defendants. | Case No. 1:20-cv-00452<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

　　　　Notice is hereby given that Defendants Lawrence Wasden, Kedrick Wills, Lelia McNeil and Individual Members of the Idaho Code Commission, appeal to the United States Court of Appeals for the Ninth Circuit from the Judgement entered in this action on September 4, 2021

DEFENDANTS' NOTICE OF APPEAL - 1

(Docket 82 – Sealed) and September 8, 2021 (Docket 83 - Sealed), and all adverse orders and rulings embraced therein, including the Court's Order granting Plaintiff's Motion for Preliminary Injunction (Docket 49) enjoining the State of Idaho from requiring John Doe and Randal Menges to register as sex offenders under I.C. § 18-8301 *et seq*.

Dated this 1st day of October, 2021.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Leslie M Hayes*
Leslie M. Hayes
Deputy Attorney General

DEFENDANTS' NOTICE OF APPEAL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Richard Eppink
American Civil Liberties Union of Idaho Foundation
REppink@acluidaho.org

Debra Groberg
Nevin, Benjamin, McKay &Bartlett, LLP
dgroberg@nbmlaw.com

Matthew Strugar
Law Office of Matthew Strugar
Matthew@matthewstrugar.com

*Attorneys for Plaintiff*

                                                  /s/   *Leslie M Hayes*
                                               Leslie M. Hayes
                                               Deputy Attorney General