UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 5 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE; RANDALL MENGES, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> LAWRENCE WASDEN, Attorney General of the State of Idaho, in his official capacity; et al., <br><br> Defendants-Appellants. | No. 21-35826 <br><br> D.C. No. 1:20-cv-00452-BLW <br> District of Idaho, <br> Boise <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellants filed a notice of intent to file publicly the opening brief and Volumes 1, 3, and 4 of the excerpts of record (Docket Entry No. 15). *See* 9th Cir. R. 27-13(f). Appellees' unopposed motion (Docket Entry No. 18) to file under seal the opening brief and Volumes 1, 3, and 4 is granted. The Clerk will unseal the notice (Docket Entry No. 15-1) and file publicly the motion to seal (Docket Entry No. 18-1). The Clerk will also file publicly Volume 2 of the excerpts of record (Docket Entry No. 14). The Clerk will file under seal the unredacted opening brief (Docket Entry No. 15-2), Volumes 1, 3, and 4 of the excerpts of record (Docket Entry Nos. 15-3, 15-4, 15-5), and Appendixes I and K to the motion to seal (Docket Entry No. 18-2).

Within 21 days of this order, appellants must submit for public filing a

MKS/MOATT

redacted version of the opening brief that tracks the redactions set forth in highlighted text in the sealed opening brief. The page numbering and citations in the public brief must remain the same as in the sealed brief.

Appellants' unopposed motion (Docket Entry No. 12) for an extension of time is granted and the opening brief is deemed timely. Appellees' unopposed motion (Docket Entry No. 18) for an extension of time is granted and the answering brief is due January 13, 2022. The optional reply brief is due within 21 days after service of the answering brief.