FILED

JAN 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE; RANDALL MENGES, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> LAWRENCE WASDEN, Attorney General of the State of Idaho, in his official capacity; et al., <br><br> Defendants-Appellants. | No. 21-35826 <br><br> D.C. No. 1:20-cv-00452-BLW <br> District of Idaho, <br> Boise <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellees' unopposed motion to file under seal the answering brief and Volume 1 of the supplemental excerpts of record (Docket Entry No. 30) is granted. The Clerk will file under seal the motion to seal (Docket Entry No. 30-1), the unredacted answering brief (Docket Entry No. 30-2), and Volume 1 of the supplemental excerpts of record (Docket Entry No. 30-3).

Within 21 days of this order, appellees must submit for public filing the motion to seal, omitting Appendixes B and C. Appellees must also submit for public filing redacted versions of the answering brief and Volume 1 of the supplemental excerpts of record that track the redactions set forth in the motion to seal. The page numbering and citations in the public versions must remain the same as in the sealed versions.

MKS/MOATT

Case: 21-35826, 01/19/2022, ID: 12349532, DktEntry: 22, Page 2 of 2

The existing briefing schedule remains in effect.

MKS/MOATT 2 21-35826