LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L OLSEN
Chief of Civil Litigation Division

LESLIE M. HAYES, ISB #7995
DAYTON P. REED, ISB #10775
Deputy Attorney General
Civil Litigation Division
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
leslie.hayes@ag.idaho.gov
dayton.reed@ag.idaho.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE and RANDALL MENGES,<br><br>    Plaintiffs,<br>vs.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho; KEDRICK WILLS, Colonel of the Idaho State Police Bureau of Criminal Investigation; LEILA MCNEILL, Bureau Chief of the Idaho State Police Bureau of Criminal Investigation and the INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, all of the above in their official capacities,<br><br>    Defendants. | Case No. 1:20-cv-00452<br><br>**STIPULATED REQUEST TO MOVE DEADLINES** |

The parties, by and through their respective counsel of record, hereby submit this stipulated request so that the following deadlines in the Amended Scheduling Order [Dkt. 90] may be extended by three months. This matter, currently under appeal, will be scheduled for oral argument in the 9th Circuit Court of Appeals this summer. The possible argument dates are May 9-13, 2022, June 6-10, 2022, and July 5-8, 2022. With a deadline extension of an additional 3 months, the new deadlines would be:

1) Dispositive Motions (May 27, 2022) reset to August 25, 2022.

2) Discovery Plan:

    a. Last day to propound any written discovery: (April 8, 2022) reset to July 7, 2022.
    b. Last day to conduct depositions: (May 6, 2022) reset to August 8, 2022.
    c. Last day to file discovery motions: (May 13, 2022) reset to August 11, 2022.
    d. Plaintiffs designate experts: (January 28, 2022) reset to April 28, 2022.
    e. Defendants designate experts: (March 4, 2022) reset to June 2, 2022.
    f. Plaintiffs designate rebuttal expert: (March 24, 2022) reset to June 22, 2022.
    g. Expert discovery cut-off: (April 15, 2022) reset to July 14, 2022.

The parties stipulate and agree that the Court's Amended Scheduling Order [Dkt. 90] entered in this case on October 14, 2021, can be amended to reflect the agreements of the parties herein without further delay or hearing.

Dated this 26th day of January, 2022.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        By: /s/ *Leslie M Hayes*
        Leslie M. Hayes
        Deputy Attorney General

Dated this 26th day of January, 2022.

        By: /s/ *Matthew Strugar*
        Matthew Strugar
        Law Office of Matthew Strugar

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Richard Eppink
Aadika Singh
American Civil Liberties Union of Idaho Foundation
REppink@acluidaho.org
Asingh@aclu.org

Debra Groberg
Nevin, Benjamin, McKay &Bartlett, LLP
dgroberg@nbmlaw.com

Matthew Strugar
Law Office of Matthew Strugar
Matthew@matthewstrugar.com

*Attorneys for Plaintiff*

              /s/   *Leslie M Hayes*
              Leslie M. Hayes
              Deputy Attorney General