LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation Division

| | |
|---|---|
| LESLIE M. HAYES, ISB #7995 | BRYAN A. NICKELS, ISB #6432 |
| DAYTON P. REED, ISB #10775 | Special Deputy Attorney General |
| Deputy Attorneys General | Scanlan Griffiths Aldridge + Nickels |
| Civil Litigation Division | 913 W. River Street, Ste. 310 |
| 954 W. Jefferson Street, 2nd Floor | Boise, ID 83702 |
| P.O. Box 83720 | Telephone: (208) 991-1200 |
| Boise, ID 83720-0010 | Facsimile: (208) 908-0043 |
| Telephone: (208) 334-2400 | ban@sganlaw.com |
| Facsimile: (208) 854-8073 | |
| leslie.hayes@ag.idaho.gov | |
| dayton.reed@ag.idaho.gov | |

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE and RANDALL MENGES,<br><br>    Plaintiffs,<br>vs.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho, *et al*.,<br><br>    Defendants. | Case No. 1:20-cv-00452<br><br>**STIPULATION TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE** |

    Plaintiffs John Doe and Randall Menges, by and through their attorneys of record Richard Eppink and Aadika Singh of the American Civil Liberties Union of Idaho Foundation, Debra Groberg of Nevin, Benjamin & McKay LLP, and Matthew Strugar of the Law Office of Matthew Strugar and Defendants Lawrence Wasden, Colonel Ked Willis, Lelia McNeil, and Members of the Idaho Code Commission, by and through their counsel of record, Deputy Attorney General

STIPULATION TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE  - 1

Leslie M. Hayes and Special Deputy Attorney General Bryan Nickels of the State of Idaho, Office of the Attorney General, hereby agree and stipulate to extend the deadline to designate Defendants' experts from August 30, 2022 to September 19, 2022.

Dated this 29th day of August 29, 2022.

>	NEVIN BENJAMIN & MCKAY LLP
>
>	By:	/s/ Debra Groberg
>	Debra Groberg
>
>	*Counsel for Plaintiffs*

Dated this 29th day of August 29, 2022.

>	STATE OF IDAHO
>	OFFICE OF THE ATTORNEY GENERAL
>
>	By:	/s/ Leslie M. Hayes
>	Leslie M. Hayes
>	Deputy Attorney General
>	Bryan A. Nickels
>	Special Deputy Attorney General
>
>	*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Richard Eppink
Aadika Singh
American Civil Liberties Union of Idaho Foundation
REppink@acluidaho.org
Asingh@aclu.org

Debra Groberg
Nevin, Benjamin & McKay LLP
dgroberg@nbmlaw.com

Matthew Strugar
Law Office of Matthew Strugar
Matthew@matthewstrugar.com

*Attorneys for Plaintiff*

                                                 /s/   Leslie M Hayes
                                           Leslie M. Hayes
                                           Deputy Attorney General