LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation Division

LESLIE M. HAYES, ISB #7995
DAYTON P. REED, ISB #10775
Deputy Attorneys General
Civil Litigation Division
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
leslie.hayes@ag.idaho.gov
dayton.reed@ag.idaho.gov

BRYAN A. NICKELS, ISB #6432
Special Deputy Attorney General
Scanlan Griffiths Aldridge + Nickels
913 W. River Street, Ste. 310
Boise, ID 83702
Telephone: (208) 991-1200
Facsimile: (208) 908-0043
ban@sganlaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE and RANDALL MENGES,<br><br>    Plaintiffs,<br>vs.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho, *et al*.,<br><br>    Defendants. | Case No. 1:20-cv-00452<br><br>**STIPULATION VACATING ALL DEADLINES PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS** |

      Plaintiff John Doe, by and through his attorneys of record Aadika Singh and Richard Eppink of the American Civil Liberties Union of Idaho Foundation, Debra Groberg of Nevin, Benjamin & McKay, LLP, and Matthew Strugar of the Law Office of Mathew Strugar and Defendants Lawrence Wasden, Colonel Ked Willis, Lelia McNeil, and Members of the Idaho Code Commission, by and through their counsel of record, Deputy Attorney General Leslie M. Hayes

STIPULATION VACATING ALL DEADLINES PENDING RESOLUTION OF
SETTLEMENT DISCUSSIONS  - 1

of the Office of the Idaho Attorney General, hereby agree and stipulate to vacate all deadlines in this matter pending resolution of the settlement discussions. The parties will notify the Court within **seven days** after discussions have ended to schedule a status conference to discuss the outcome of the settlement and, if necessary, to reset deadlines.

Dated this 19th day of September, 2022.

                                                     LAW OFFICE OF MATHEW STRUGAR

                                                   By:   /s/ *Mathew Strugar*
                                                         Mathew Strugar

                                                   *Counsel for Plaintiffs*

Dated this 19th day of September, 2022.

                                                 STATE OF IDAHO
                                                 OFFICE OF THE ATTORNEY GENERAL

                                                 By:   /s/  *Leslie M. Hayes*
                                                         Leslie M. Hayes
                                                        Deputy Attorney General

                                                   *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Richard Eppink
Aadika Singh
American Civil Liberties Union of Idaho Foundation
REppink@acluidaho.org
Asingh@aclu.org

Debra Groberg
Nevin, Benjamin & McKay, LLP
dgroberg@nbmlaw.com

Matthew Strugar
Law Office of Matthew Strugar
Matthew@matthewstrugar.com

*Attorneys for Plaintiff*

              /s/   Leslie M Hayes
             Leslie M. Hayes
             Deputy Attorney General

STIPULATION VACATING ALL DEADLINES PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS  - 3