UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE and RANDALL MENGES,<br><br>  Plaintiffs,<br><br>  v.<br><br>LAWRENCE WASDEN, Attorney General of the State of Idaho; KEDRICK WILLS, Colonel of the Idaho State Police, LEILA MCNEILL, Bureau Chief of the Idaho State Police Bureau of Criminal Investigation; and THE INDIVIDUAL MEMBERS OF THE IDAHO CODE COMMISSION, all of the above in their official capacities,<br><br>  Defendants. | Case No. 1:20-cv-00452-BLW<br><br>**ORDER** |

Before the Court is parties' stipulation for dismissal and permanent injunction. Dkt. 125; Dkt. 127. Upon consideration of the stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the stipulation (Dkt. 125; Dkt. 127) is ADOPTED. The stipulated settlement is APPROVED, the permanent injunction is ISSUED, and the terms of the Stipulation are binding on the parties.

**ORDER - 1**

The Clerk of the Court is directed to close the case.

DATED: November 14, 2022

B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**